# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

In re: RUSSELL ALAN TORRISON

Case No.: 16-29350

Debtor

Chapter: 13

## AFFIDAVIT AND REQUEST FOR RELEASE OF UNCLAIMED FUNDS

__MARILYN A RADKE (HEIR TO RUSSELL TORRISON)__, a claimant in the captioned case, being duly sworn, respectfully states and requests the following:

1. Claimant was a creditor of the Debtor and was entitled to receive and the trustee did, in fact, make a distribution from the estate to the Claimant in the amount of $3,040.00.

2. Ninety days after the final distribution of the assets of the estate, the distribution to this Claimant had not been negotiated and the unclaimed funds were paid into the court pursuant to 11 U.S.C. Section 347.

3. __TRUSTEE'S LIST OF UNCLAIMED FUNDS__ is enclosed as proof of Claimants' right to the unclaimed funds.

4. The Claimant requests that the Court issue an order directing payment of the unclaimed funds in the amount of $3,040.00 to the Claimant pursuant to 28 U.S.C. Section 2042.

*Continue to Page 2*

5. The Claimant requests the Court mail the payment of unclaimed funds to:

P.O. BOX 1708

SNOWFLAKE AZ 85937

Dated this _____ day of _____, 20 _____.

_Marilyn A. Radke_ (signature)

Signature of: (please check)
- [ ] Owner of Record
- [x] Successor Claimant
- [ ] Representative Claimant

**MARILYN A RADKE**

Printed Name of: (please check)
- [ ] Owner of Record
- [x] Successor Claimant
- [ ] Representative Claimant

Prepared by
Address: P.O. BOX 1708
Address:
City, State, Zip: SNOWFLAKE AZ 85937
Phone No.:
E-Mail Address:

Sworn and subscribed to before me on:

10-13-2020
Date

Affix Embossed Seal

_Christine Warner_
Signature of Notary Public

CHRISTINE WARNER
Notary Public – Arizona
Navajo County
My Comm. Expires Aug 21, 2021

PRINT

# GENERAL AFFIDAVIT

The within named person (Affiant), __Marilyn A Radke__, who is a resident of __Navajo__ County, State of __Arizona__, personally came and appeared before me, the undersigned Notary Public, and makes this his/her statement, testimony and General Affidavit under oath or affirmation, in good faith, and under penalty of perjury, of sincere belief and personal knowledge that the following matters, facts, and things set forth are true and correct, to the best of his/her knowledge:

> I am the Mother of Russell Torrison who passed away. Russell had no Will and there was no Personal Representative. He had no children and no Spouse at the time of his passing. The adoptive father passed away prior to Russell's death.
>
> I would ask the Court to please pay Russell's unclaimed funds in my name since a check in the name of his estate could not be cashed since he died intestate.

Dated this __13__ day of __October__, 20__20__.

__[signature]__
Signature of Affiant

========================================================================

State of __ARIZONA__
County of __NAVAJO__

Subscribed and sworn to, or affirmed, before me on this __13__ day of __October__, 20__20__ by Affiant __MARILYN A RADKE__.

__[signature] Christine Warner__
Signature of Notary Public

__8-21-2021__
My Commission Expires:

CHRISTINE WARNER
Notary Public – Arizona
Navajo County
My Comm. Expires Aug 21, 2021

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In re: RUSSELL ALAN TORRISON

Case No.: 16-29350

Debtor

Chapter: 13

**CERTIFICATE OF SERVICE**

NOTICE IS HEREBY GIVEN that on October 19th 2020
I deposited in the Post Office in the City of Phoenix, State of AZ
Securely enclosed in a sealed envelope, a true and correct copy of:

Affidavit and Request for Release of Unclaimed Funds

To:  United States Attorney
Attention: Susan M. Knepel
Eastern District of Wisconsin
Room 530, Federal Courthouse
517 East Wisconsin Avenue
Milwaukee, WI 53202

United States Bankruptcy Court
Eastern District of Wisconsin
Room 126, Federal Courthouse
517 East Wisconsin Avenue
Milwaukee, WI 53202

Dated: October 19th 2020

Signature
Marilyn A Radke
Printed Name



STATE OF WISCONSIN
DEPARTMENT OF HEALTH SERVICES
ORIGINAL CERTIFICATE OF DEATH

STATE FILE DATE: JULY 27, 2017
STATE FILE NUMBER: 2017029197

AMENDMENT BY THE STATE REGISTRAR

| ITEM AMENDED | OLD INFORMATION | DATE OF AMENDMENT | AMENDMENT AUTHORITY |
|---|---|---|---|
| Cause of Death-A | PENDING | SEPTEMBER 08, 2017 | MEDICAL CERTIFIER |
| Interval A | | SEPTEMBER 08, 2017 | MEDICAL CERTIFIER |
| Manner of Death | | SEPTEMBER 08, 2017 | MEDICAL CERTIFIER |

End of Amendments.

# Scott Lieske
Chapter 13 Trustee
United States Bankruptcy Court
Eastern District Of Wisconsin

Telephone: (414) 271-3943
Fax: (414) 271-9344
www.chapter13Milwaukee.com

P. O. Box 510920
Milwaukee, WI 53203
info@chapter13milwaukee.com

June 06, 2018

Clerk of the US Bankruptcy Court
126 U S Courthouse
517 E. Wisconsin Avenue
Milwaukee, WI 53202

RE: RUSSELL ALAN TORRISON
    Case No. 16-29350-SVK

FILED-MAIL
2018 JUN -8 AM 11:16
US BANKRUPTCY COURT
EASTERN DISTRICT OF WI

Dear Clerk of the US Bankruptcy Court:

Enclosed please find check # 1534737 in the amount of $3,040.00. This check replaces the following check, for the same dollar amount, in the above case:

Original Check No.:    1524220

Original Payee:    Russell Alan Torrison
                     S 81 W 18051 Reise Drive
                     Apt# 18
                     Muskego, WI 53150

Please deposit these funds as unclaimed funds, as they were returned by the United States Postal Service or were uncashed by the original payee.

Thank you,

Scott Lieske

Scott Lieske
Chapter 13 Standing Trustee

SL

cc: file